5

United States District Court
Southern District of Texas
ENTERED
AUG 21 1998
Michael N. Milby, Clerk of Court
By Deputy Clerk



United States District Court
Southern District of Texas
FILED
AUG 21 1998
Michael N. Milby
Clerk of Court

TK-USA, INC.              §
                          §
                          §
V                         §    CIVIL ACTION NO. B 97-8
                          §
CHAIO TUNG BANK, ET AL    §
                          §

## ORDER

The above styled case was previously referred to Judge John William Black. That referral is withdrawn.

Signed this 21 day of August, 1998.

HILDA G. TAGLE
UNITED STATES DISTRICT JUDGE