IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| TK USA, INC., | § | |
| Plaintiff(s), | § § § | |
| v. | § | CIVIL ACTION NO. B-97-8 |
| CHIAO TUNG BANK CO., LTD., | § § § | |
| Defendant(s). | § | |

## ORDER

The Bankruptcy Court's Order on Motion for Determination of Secured Status is AFFIRMED.

DONE at Brownsville, Texas, this 27 day of August 1998.

Hilda G. Tagle
United States District Judge